The People ex rel. Ellen M. Yelverton, Respondents, v. Andrew H. Green et al., Appellants.

The People ex rel. Thomas Tone, Respondents, v. The Same, Appellants.

The People ex rel. Edward Colegrove, Respondents, v. The Same, Appellants.

The People ex rel. Eliza Davies, Respondents, v. The Same, Appellants.

(Argued April 4, 1876; decided April 11, 1876.)

These cases presented the same questions, and were argued and decided with *People ex rel. Tytler* v. *Green, ante p.* 606.

---

In the Matter of the Application of the Prospect Park and Coney Island Railroad Company to acquire Lands.

(Argued April 4, 1876; decided April 11, 1876.)

*H. B. Hubbard* for the appellant.

*John H. Bergen* for the respondent.

Agree to affirm.   No opinion.
All concur.
Order affirmed.